**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Seth Douglas v. Christyl L. Douglas

Appellate case number:   01-22-00568-CV

Trial court case number: 2014-56152

Trial court:             310th District Court of Harris County

Appellee, Christyl L. Douglas, has filed a motion to abate or stay the current appeal (including the filing of appellee's brief) until appellant, Seth Douglas, pays $15,000 in appellate attorneys' fees ordered by the trial court. Appellee asserts that the trial court ordered the payment of attorneys' fees by October 10, 2022, and that appellant's failure to pay the ordered fees inhibits her ability to file her brief in this appeal.

Appellee's motion to abate or stay the appeal is **denied** because enforcement of the ordered payment of attorneys' fees is properly raised and considered in the trial court. If appellee requires additional time to file her brief due to seeking enforcement in the trial court, then appellee may file a motion in this Court requesting a reasonable extension of the deadline to file appellee's brief.

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                          Acting individually


Date: ___December 29, 2022_____